# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **DAVID D. WHITSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Civil Action No.  CV 02-S-92-NE** |
| ) | |
| **DAVID WISE, SCARLET CARROLL,** ) | |
| **KERY KENT, BRYAN BALDWIN,** ) | |
| **and WILLIE RICKER,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

The magistrate judge entered his report and recommendation in this cause on March 22, 2006, recommending that the motions for summary judgment filed by defendants Wise, Carroll, and Kent be granted, and that all claims against them be dismissed with prejudice. The magistrate judge recommended that the motion for summary judgment filed by defendants Baldwin and Ricker be denied with respect to plaintiff's Eighth Amendment allegation of excessive force, and that claim again referred to the magistrate judge for further proceedings.  Also recommended by the magistrate judge was that, insofar as the plaintiff asserts any other claim against defendants Baldwin and Ricker, their motions for summary judgment be granted as to every claim except the Eighth Amendment excessive-force claim.  No objections have been filed to the report and recommendation.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be, and it hereby is, ADOPTED, and the magistrate's recommendations are ACCEPTED. It is therefore ORDERED that the motions for summary judgment filed by defendants Wise, Carroll, and Kent are GRANTED, and all claims against them are DISMISSED WITH PREJUDICE. It is further ORDERED that the motion for summary judgment filed by defendants Baldwin and Ricker is DENIED with respect to plaintiff's allegation of excessive force, and that claim is again REFERRED to the magistrate judge for further proceedings. Insofar as the plaintiff asserts any other claim against defendants Baldwin and Ricker, it is ORDERED that their motion for summary judgment is GRANTED as to every claim, except the above-mentioned Eighth Amendment excessive-force claim.

DONE this 4th day of May, 2006.

_____
United States District Judge