FILED
 2006 Sep-29  AM 09:30
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DAVID D. WHITSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Civil Action No.  CV 02-S-92-NE |
| | ) |
| **BRYAN BALDWIN and** | ) |
| **WILLIE RICKARD,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation in this action September 8, 2006, proposing certain findings of fact and conclusions of law with respect to the plaintiff's claim that these defendants violated his Eighth Amendment right to be free from excessive and unnecessary force.  The magistrate judge recommended that judgment be entered in favor of the defendants.  The plaintiff filed his objections to the report and recommendation, and his objections to the absence of defendant Bryan Baldwin from the hearing conducted on September 20, 2006. Having now carefully reviewed and considered *de novo* all the materials in the court file, the court concludes that the magistrate's report is due to be adopted, and his recommendation accepted.

First, insofar as the plaintiff objects to the fact that defendant Bryan Baldwin was not present at the evidentiary hearing conducted by the magistrate judge, the record is clear that it was defendants, and not the plaintiff, who originally sought a continuance of the evidentiary hearing due to defendant Baldwin's absence. In any event, the record is clear that, at the time of the evidentiary hearing, defendant Baldwin was on active military duty and not available to attend the hearing. Under these circumstances, plaintiff cannot object to the absence of defendant Baldwin from the hearing.

In hearing the testimony of the various witnesses relating to the incident at issue in this case, the magistrate judge made credibility determinations among the conflicting versions described by the various witnesses. In reviewing the transcript of the evidentiary hearing, the court cannot say that those credibility determinations were clearly erroneous or palpably wrong. Additionally, the findings of fact proposed by the magistrate judge in the report and recommendation are clearly supported by evidence in the record of the evidentiary hearing. For these reasons, the plaintiff's objections to the report and recommendation are due to be, and the same are hereby, overruled. Further, the court finds that the findings of fact proposed by the magistrate's report are due to be and they hereby are, ADOPTED and his

recommendation that judgment be entered in favor of the defendants is due to be, and it hereby is, accepted.

By separate order, judgment will be entered in favor of the defendants.

DONE this 29th day of September, 2006.

_____
United States District Judge